IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRENDA ISENBERG**,<br><br>*Plaintiff,*<br><br>v.<br><br>**HARDY MACHINE, INC., MARK GUILIANI, AND DWIGHT MILLER**,<br><br>*Defendants.* | **Case No. 2:23-cv-793-JDW** |

## ORDER

**AND NOW**, this 26th day of July, 2023, upon consideration of Defendants Hardy Marchine, Inc., Mark Guiliani, And Dwight Miller's Motion To Dismiss Plaintiff's Complaint (ECF No. 7), noting that Plaintiff has not filed a response despite the Court's reminder that her response was overdue, pursuant to Local Rule of Civil Procedure 7.1(c) and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED WITH PREJUDICE**.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
Joshua D. Wolson
United States District Judge